UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JANE' DOWNING,**

   Plaintiff,

v.     No. 4:21-cv-1006-P-BJ

**KISHORE PONDUGULA ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 32. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss under Rule 12(b) (ECF No. 15) should be, and is hereby, **DENIED.**

**SO ORDERED** on this **14th day** of **April, 2022.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE